UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 17 CR 296 |
| | ) | |
| v. | ) | Judge Ronald A. Guzman |
| | ) | |
| DAMARCUS BENNETT | ) | |

## **WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

Please take notice that Assistant United States Attorney Patrick M. Otlewski is no longer assigned to this case and the undersigned Special Assistant United States Attorney is substituted in place of that previously designated attorney.

    Respectfully submitted,

    JOHN R. LAUSCH, JR.
    United States Attorney

By:    */s/ Jonathan A. Clow*
    JONATHAN A. CLOW
    Special Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 469-6052