UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAMARCUS BENNETT | No. 17 CR 296<br><br>Judge Ronald A. Guzman |

## **WITHDRAWAL OF AUSA PATRICK M. OTLEWSKI**

Please take notice that Assistant United States Attorney Patrick M. Otlewski is no longer assigned to this case.

                                              Respectfully submitted,

                                              JOHN R. LAUSCH, JR.
                                              United States Attorney

                    By:    s/ *Patrick M. Otlewski*
                              PATRICK M. OTLEWSKI
                              Assistant U.S. Attorney
                              219 South Dearborn St., Rm. 500
                              Chicago, Illinois 60604
                              (312) 469-6045

Dated: December 12, 2017